J. G. McCUE v. THE TIMES-NEWS COMPANY, Inc.

(Filed 10 December, 1930.)

**Venue B a—Venue of action for libel by nonresident against newspaper is in county where paper's principal office is situate.**

The proper venue of an action by a nonresident plaintiff against a newspaper corporation with its principal office or place of business in this State is in that county, and an action brought in a different county in this State is removable thereto on defendant's motion duly made, and the facts so found by the lower court are not reviewable on appeal.

Appeal by plaintiff from *Sink, Special Judge,* at July Term, 1930, of Buncombe.

*Joseph W. Little and Wm. F. Toms for plaintiff.*
*Thomas H. Franks and Shipman & Arledge for defendant.*

Per Curiam. The plaintiff brought suit in Buncombe County to recover damages for alleged libel. The defendant is a domestic corporation having its principal office and place of business in Hendersonville, Henderson County, and in apt time made a motion to remove the cause to the county of Henderson. The motion was granted; the plaintiff excepted and appealed.

For the purpose of suing and being sued the principal place of business of a domestic corporation is its residence. C. S., 466. If the plaintiff is a nonresident of the State, the residence of the defendant is the proper venue in actions of this kind. C. S., 469; *Southern Cotton Oil Company v. Grimes,* 183 N. C., 97.

The trial court found as a fact from the evidence that the plaintiff is not a resident of Buncombe County and is a nonresident of the State. The appellate court is bound by this finding. Judgment

Affirmed.